IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRYSTAL EUGENE JONES,

    Petitioner,               No. CIV S-04-1082 MCE KJM P

    vs.

JOE MCGRATH,

    Respondent.        ORDER
_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his Sacramento County conviction for first degree murder. Among his challenges is a claim that the trial court's denial of his <u>Marsden</u> motion effectively violated his right to effective assistance of counsel. Pet. at 5. This court cannot address this issue based on the current record, which is inadequate.

        Under Rule 5(c) of the Rules Governing Section 2254 Cases, this court may "order that the respondent furnish ... parts of existing transcripts" and under Rule 7(a), this court may direct the parties to expand the record. The court recognizes that respondent did not receive the transcript of the <u>Marsden</u> hearing. However, the hearing was transcribed and sent to the Court of Appeal for the Third Appellate District. <u>See</u> <u>People v. Barr</u>, C039544 (entry for 12/12/2001). Accordingly, the court directs respondent to request the Court of Appeal to transmit

1 the following transcript to this court **under seal** and labeled with the instant case number: a
2 <u>Marsden</u> hearing held on December 20, 2000, reported at RT 1-6.
3   The request shall be made in sufficient time that these materials can be filed
4 within forty-five days of the date of this order.
5   IT IS SO ORDERED.
6 DATED: June 26, 2007.

_____
U.S. MAGISTRATE JUDGE

8 jone1082