FILED

SEP 11 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRYSTAL EUGENE JONES,

    Petitioner,             No. CIV S-04-1082 MCE KJM P

    vs.

JOE McGRATH,

    Respondent.           <u>ORDER</u>

_____/

        On or about August 3, 2007, the Court of Appeal for the Third Appellate District transmitted a transcript of a <u>Marsden</u> hearing held in the Sacramento County Superior Court on December 20, 2000, to this court under seal.

        IT IS HEREBY ORDERED that the Clerk of the Court is directed to file the Sacramento County Superior Court transcript dated December 20, 2000 under seal.

DATED: 9/11/07

UNITED STATES MAGISTRATE JUDGE

2/jone1082.sealrt

1