IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRYSTAL EUGENE JONES,

      Petitioner,                No. CIV S-04-1082 MCE KJM P

   vs.

JOE McGRATH,

      Respondent.        <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file and serve objections to the September 5, 2007 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's September 24, 2007 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the September 5, 2007 findings and recommendations.

DATED: October 5, 2007.

                                                U.S. MAGISTRATE JUDGE

/mp
jone1082.111