IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRYSTAL EUGENE JONES,

      Petitioner,            No. CIV S-04-1082 MCE KJM P

    vs.

JOE McGRATH,

      Respondent.            <u>ORDER</u>

_____/

       Petitioner has filed his second request for an extension of time to file and serve objections to the September 5, 2007 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

       IT IS HEREBY ORDERED that:

       1. Petitioner's November 8, 2007 request for an extension of time is granted; and

       2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the September 5, 2007 findings and recommendations. No further extensions of time will be granted.

DATED: November 20, 2007.

                                                                                U.S. MAGISTRATE JUDGE

/mp
jone1082.111sec