IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRYSTAL EUGENE JONES,

      Petitioner,                    No. CIV S-04-1082 MCE KJM P

    vs.

JOE McGRATH,

      Respondent.               ORDER

_____/

      Petitioner has filed his third request for an extension of time to file and serve objections to the September 5, 2007 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

      IT IS HEREBY ORDERED that:

      1. Petitioner's December 26, 2007 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the September 5, 2007 findings and recommendations. No further extensions of time will be granted.

DATED: January 11, 2008.

                                                U.S. MAGISTRATE JUDGE

/mp
jone1082.111sec(2)