1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CRYSTAL EUGENE JONES,                        No. 2:04-cv-01082-MCE-KJM P

12              Petitioner,

13        vs.                                      ORDER

14   JOE McGRATH,

15              Respondent.

16   _____/

17          Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas

18   corpus.   On September 5, 2007, the magistrate judge recommended that the petition be denied.

19   Petitioner filed objections to the findings and recommendations on January 14, 2008.  On

20   January 28, 2008, this court adopted the findings and recommendations, denied the petition for a

21   writ of habeas corpus, and entered judgment.  Petitioner did not appeal this order.

22   /////

23   /////

24   /////

25   /////

26   /////

                                              1

On June 5, 2009, petitioner filed a second set of objections to the findings and recommendations.   The court will not consider these objections nor issue further orders in this case in light of the fact that judgment was entered nearly eighteen months ago.

IT IS SO ORDERED.

Dated:  June 25, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE